IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:12-CR-129-1FL

UNITED STATES OF AMERICA :
:
v. :
:
RONNIE GERALD REED :

**AMENDED PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, pursuant to the entry of Memorandum of Plea Agreement entered into by the defendant, Ronnie Gerald Reed, on April 18, 2012, and a determination by the Court that there is a nexus between the property of which forfeiture is sought and the offense to which the defendant pled guilty, the following property is hereby forfeitable pursuant 21 U.S.C. § 853, to wit:

1. 2006 Chevy Impala (VIN: 2G1WB58KX69178173);

2. 2008 Infiniti (VIN: 5N3AA08C18N911522);

3. 2004 Acura (VIN: 2HNYD18964H510798);

4. 2004 BMW (VIN: WBAGN63444DS49866);

5. 2002 Lincoln Navigator (VIN: 5LMFU28R02LJ02650);

6. a Taurus PT145 Millennium Pro Pistol, 45 Caliber, Serial Number NBS59713;

7. a Tangoglio F. LLI S.N.C. Witness P Pistol, 45 Caliber, Serial Number AE80077;

8. 9 Rounds CBC-Brazilian Carttidge Company Ammunition,

1

45 Caliber and 14 Rounds Remington Ammunition, 45 Caliber;

    9. F.N. (FN Herstal) Five-Seven Pistol, 57 Caliber, Serial Number 386110983;

    10. 30 Rounds FN (FNH) Ammunition, 57 Caliber.

    11. Mossberg 12 gauge shotgun, Model 500A, Serial #R354395;

    12. $104,677.00 in U. S. currency; and

    13. Miscellaneous Jewelry.

WHEREAS, by virtue of said Memorandum of Plea Agreement and determination by the Court, the United States is now entitled to possession of said property pursuant to 21 U.S.C. § 853;

It is hereby ORDERED, ADJUDGED and DECREED:

    1. That based upon the Memorandum of Plea Agreement and findings of the Court as to the defendant, Ronnie Gerald Reed, the United States is hereby authorized to seize the above-stated property, and it is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n), as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order is now final as to the defendant.

    2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Preliminary Order of Forfeiture in the

applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

3. That pursuant to 21 U.S.C. § 853(n), the United States shall publish notice of this Order and of its intent to dispose of the property in such manner as the Attorney General directs, by publishing and sending notice in the same manner as in civil forfeiture cases, as provided in Supplemental Rule G(4). Any person other than the defendant, having or claiming any legal interest in the subject property must file a petition with the Court within 30 days of the publication of notice or of receipt of actual notice, whichever is earlier.

The petition must be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the subject property, and must include any additional facts supporting the petitioner's claim and the relief sought.

4. That upon adjudication of all third party interests this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853, as required by Fed. R. Crim. P. 32.2(c).

SO ORDERED. This 4th day of December, 2013.

_____
LOUISE W. FLANAGAN
United States District Judge