IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:12-CR-129-1FL

UNITED STATES OF AMERICA )
)
v. )
)
RONNIE GERALD REED )

**FINAL ORDER OF FORFEITURE**

WHEREAS, on December 4, 2013, this Court entered an Amended Preliminary Order of Forfeiture pursuant to the provision of 21 U.S.C. § 853, based upon the defendant pleading guilty to 21 U.S.C. § 846, and agreeing to the forfeiture of the property listed in the December 4, 2013 Amended Preliminary Order of Forfeiture, to wit:

    a.   2006 Chevy Impala (VIN: 2G1WB58KX69178173);

    b.   2008 Infiniti (VIN: 5N3AA08C18N911522);

    c.   2004 Acura (VIN: 2HNYD18964H510798);

    d.   2004 BMW (VIN: WBAGN63444DS49866);

    e.   2002 Lincoln Navigator (VIN: 5LMFU28R02LJ02650);

    f.   a Taurus PT145 Millennium Pro Pistol, 45 Caliber, Serial Number NBS59713;

    g.   a Tangoglio F. LLI S.N.C. Witness P Pistol, 45 Caliber, Serial Number AE80077;

1

  h. 9 Rounds CBC-Brazilian Carttidge Company Ammunition, 45 Caliber and 14 Rounds Remington Ammunition, 45 Caliber;

  i. F.N. (FN Herstal) Five-Seven Pistol, 57 Caliber, Serial Number 386110983;

  j. 30 Rounds FN (FNH) Ammunition, 57 Caliber;

  k. Mossberg 12 gauge shotgun, Model 500A, Serial #R354395;

  l. $104,677.00 in U. S. currency; and

  m. Miscellaneous Jewelry.

  AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between January 23, 2014 and February 21, 2014, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions. Said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

  AND WHEREAS, service upon the subject firearms and ammunition was executed while in the custody of the Bureau of Alcohol, Tobacco, Firearms and Explosives on January 23, 2014;

  AND WHEREAS, the United States has been advised by its client agency that the subject 2006 Chevy Impala, $104,677.00 in U. S. currency, and the miscellaneous jewelry were taken into

custody by the North Carolina Department of Revenue.  Hence, the United States will not be pursuing a final order of forfeiture as to these specific items in this criminal forfeiture action;

AND WHEREAS, the United States has been advised by its client agency that the subject remaining vehicles, to wit:  the 2008 Infiniti, 2004 Acura, 2004 BMW, and 2002 Lincoln Navigator have not been seized and their locations unknown.  Hence, the United States will not be pursuing a final order of forfeiture as to these specific items in this criminal forfeiture action;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for the property described in this Court's December 4, 2013 Amended Preliminary Order of Forfeiture, other than those specifically mentioned herein;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1.  That the remaining property listed in the December 4, 2013 Amended Preliminary Order of Forfeiture is hereby forfeited to the United States, to wit:

   a. Taurus PT145 Millennium Pro Pistol, 45 Caliber, Serial Number NBS59713;

   b. a Tangoglio F. LLI S.N.C. Witness P Pistol, 45 Caliber, Serial Number AE80077;

   c. 9 Rounds CBC-Brazilian Carttidge Company Ammunition, 45 Caliber and 14 Rounds Remington Ammunition, 45 Caliber;

d. F.N. (FN Herstal) Five-Seven Pistol, 57 Caliber, Serial Number 386110983;

   e. 30 Rounds FN (FNH) Ammunition, 57 Caliber; and

   f. Mossberg 12 gauge shotgun, Model 500A, Serial #R354395.

   2. That the United States Department of Justice or the United States Department of Treasury is directed to dispose of the remaining property according to law, including destruction.

   The Clerk is hereby directed to send copies of this Order to all counsel of record.

   SO ORDERED this   31st   of day   March   , 2014.

```
                              /s/ Louise W. Flanagan
                              LOUISE W. FLANAGAN
                              UNITED STATES DISTRICT JUDGE
```

4